UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
HONORABLE RODNEY W. SIPPEL
COURTROOM  16S

DATE:    9/12/2014              CASE NO:   S1 4:13CR231 RWS

**Court Reporter:  Shannon White**
**Deputy Clerk:** *Andrea Luisetti*

*Cause: USA v. Jack Frison, Sr.*

**ATTORNEY for USA:**    John Bodenhausen, Jennifer Roy
**ATTORNEY for Defendant:**    Joel Schwartz, Gil Sison

(X)   Parties present for NON- JURY verdict
(X)   Court renders Findings of Fact and Conclusions of Law
(X)   Defendant found guilty on Count One, Count Two and Count Three
(X)   Sentencing set for 1/2/14 @ 2:00 p.m.
(X)   Defendant released on existing bond.

**COURT TIME:**       3:05 p.m.   - 3:50 p.m.