UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CR00231 RWS |
| ) | |
| JACK FRISON, SR., ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 21, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon Defendant Jack Frison, Sr.'s guilty plea to the Indictment and the signed Plea Agreement wherein Defendant agreed to the forfeiture of certain specified assets and the entry of a money judgment as set forth in the Preliminary Order of Forfeiture;

AND WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 26, 2014, and ending on December 26, 2014, and further notified all third parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture;

AND WHEREAS, the only party in this matter to file a third-party petition is Ally Financial, Inc., who has declared an interest in one 2012 Porsche Panamera, VIN: WPOAA2A79CL018475 in the amount of $55,779.75;

AND WHEREAS the Court has been advised that no other third-party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the following property belonging to Defendant is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

    a. One 2012 Porsche Panamera, VIN: WPOAA2A79CL018475;

    b. One 2009 Rolls Royce Phantom, VIN: SCA2D68539UX16209;

    c. One 2007 Jeep Commander, VIN: 1J8HG48K37C653662;

    d. One 2006 Land Rover Range Rover, VIN: SALMF13436A233290;

    e. $41,657.72 in U.S. Currency;

    f. $33,258.00 in U.S. Currency;

    g. $7,015.24 in funds from bank account #xxxxxx6872 at Regions Bank;

    h. $2,881.56 in funds from bank account #xxx321 at Frontenac Bank; and

    i. $2,752.43 in funds from bank account #xxx182 at Frontenac Bank.

2. That a money judgment is entered against Defendant and in favor of the United States in the sum of $3,506,872.17, and that Defendant is directed to pay that amount.

3. That, within a reasonable time after the completion of the sale of the 2012 Porsche Panamera, VIN: WPOAA2A79CL018475, the United States shall, after deducting from the gross

proceeds of that sale any expenses incurred in the sale and the maintenance of said property since its seizure, pay a sum of up to $55,779.75 out of the net proceeds of the sale to Ally Financial, Inc, and that any remaining proceeds shall be disposed of by the United States according to law.

4. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

5. That the Petition of Ally Financial, Inc. (Doc. #83) is denied as moot.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2015.

_____
HONORABLE RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE